UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORMAN H. SHATTUCK,

    Plaintiff,

  v.                                 ORDER

THE ALCOA RETIREMENT PLAN II,      Civil No.  07-784-ST
RULE IID,

    Defendant.

HAGGERTY, Chief Judge:

    Magistrate Judge Stewart referred to this court a Findings and Recommendations [29] in this matter. The Findings and Recommendations recommends granting defendant's Motion for Summary Judgment [20], denying plaintiff's Motion for Summary Judgment [16], and entering judgment in favor of defendant. Plaintiff has filed timely objections and defendant has filed responses.

    When a party objects to any portion of a Findings and Recommendations, the district court must conduct a de novo review. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v.*

1 - ORDER

*Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Here, plaintiff's objections do not point to any specific error, instead objecting to all of the conclusions reached in the Findings and Recommendations and citing for support "the record and his previous briefing submitted on his motion for summary judgment and in response to defendant's motion for summary judgment."  Pl. Obj. 2.  In making this blanket objection to the Findings and Recommendations, plaintiff has failed to comply with Federal Rule of Civil Procedure 72(b), which requires "specific written objections to the proposed findings and recommendations."  *See, e.g.*, *State Street Bank & Trust Co. v. Inversiones Errazuriz Limitada*, 246 F. Supp. 2d 231, 239 (S.D.N.Y. 2002) ("[F]iling prior submissions before the district court and the magistrate cannot qualify as the required specific objections to the [F&R].") (collecting cases).  Nonetheless, the court has reviewed the parties' filings and the record, and agrees with the Findings and Recommendations.

    For the foregoing reasons, the court adopts the Findings and Recommendations [29].  Defendant's Motion for Summary Judgment [20] is GRANTED and plaintiff's Motion for Summary Judgment [16] is DENIED.

    IT IS SO ORDERED.

    DATED this  4  day of March, 2008.


                                              /s/ Ancer L. Haggerty
                                                Ancer L. Haggerty
                                        United States District Judge

2 - ORDER